# Fortis Law Partners LLC

1900 Wazee Street
Suite 300
Denver, CO 80202
303-295-9700
303-295-9701

**INVOICE**

www.fortislawpartners.com

Rodrigo Sanchez
224 Berthoud Way
Golden, CO 80401

Attn:

Invoice Date: September 06, 2017

For Services Rendered Through: August 31, 2017

Re:   Defend client against FLSA lawsuit

File #:   10242-001
Inv #:   14747

For services rendered as detailed below, current amount due:   **$15,537.50**

Past Due Balance:   **$0.00**

**Total Balance Now Due:**   **$5,537.50**

*PAYMENT DUE UPON RECEIPT*

*Please remit payment to the above address or by wire transfer to the following account:*

| | |
|---|---|
| Bank: | Wells Fargo Bank West, N.A. |
| ABA Routing Number: | 121000248 |
| ACH Routing Number: | 102000076 |
| Account Number: | 9406 280 272 |
| Account Name: | Fortis Law Partners LLC - Operating Account |
| Swift Code (Foreign only): | WFBIUS6S |
| Fed. Tax ID No.: | *47-0857731* |

Exhibit 1

## DETAILED SUMMARY:

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT | ATTY. |
|---|---|---|---|---|---|
| Aug-03-17 | review FLSA Complaint and other Pleadings; meet with client and Jim Morgan regarding defending case | 1.50 | $400.00 | $600.00 | CKL |
|  | J. Morgan meeting with Chris Lamb and Rodrigo Sanchez. | 1.00 | $400.00 | $400.00 | PL |
| Aug-07-17 | t/c with Dean Herms counsel for Jose Defendants re strategy | 0.50 | $400.00 | $200.00 | CKL |
| Aug-08-17 | legal research regarding Motion to Dismiss; review cases sent by Co-counsel; t/c with co-counsel re status and strategy | 2.50 | $400.00 | $1,000.00 | CKL |
| Aug-09-17 | continue work on Motion to Dismiss and legal research re same; review payroll records of Ismael Orejel t/c with co-counsel regarding status and strategy | 4.30 | $400.00 | $1,720.00 | CKL |
|  | J. Morgan review of payroll records and W-2s for Ismael and Jaime. | 0.50 | $400.00 | $200.00 | PL |
| Aug-10-17 | t/c with co-counsel and Plaintiff's counsel regarding meet and confer on motion to dismiss; ask Plaintiffs counsel about factual basis of Ismael's claims; search for and circulate pleadings from Xclusive case to co-counsel; send follow up e-mail to Plaintiff's counsel | 3.20 | $400.00 | $1,280.00 | CKL |
|  | J. Morgan review of previous FLSA action as to amount of time and employees; Speak with official from FLSA to get records; review records with Chris Lamb. | 0.50 | $400.00 | $200.00 | PL |
| Aug-11-17 | review and revise draft Motion to Dismiss and discuss argument with co- Defense counsel; send W-2s to Plaintiffs counsel; | 3.40 | $400.00 | $1,360.00 | CKL |
| Aug-14-17 | work on negotiating waiver of service and extension of time; follow up on August 10 e-mail regarding Ismael Orejel's status | 1.50 | $400.00 | $600.00 | CKL |

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| Aug-15-17 | draft motion for extension of time to respond to Complaint | 1.00 | $400.00 | $400.00 | CKL |
| | Review, revise partially unopposed motion for extension to respond to complaint and draft proposed order (1.6). | 1.60 | $195.00 | $312.00 | PF |
| Aug-16-17 | revise and file motion for extension of time; follow up again to August 10 e-mail regarding Ismael Orejel's status | 0.80 | $400.00 | $320.00 | CKL |
| | J. Morgan meeting with Chris Lamb, Rodrigo Sanchez, and Griselda Sanchez. | 0.50 | $400.00 | $200.00 | PL |
| | Finalize, file and serve motion for extension of time to respond to complaint with proposed order (.5). | 0.50 | $195.00 | $97.50 | PF |
| Aug-17-17 | draft and send another follow up e-mail to counsel for Plaintiff's regarding Orejel; review Plaintiff's response to request for the factual basis of claims by Orejel | 1.00 | $400.00 | $400.00 | CKL |
| Aug-18-17 | legal research and draft Motion for Rule 11 sanctions | 3.60 | $400.00 | $1,440.00 | CKL |
| | | 0.75 | $400.00 | $300.00 | PL |
| Aug-22-17 | | 0.30 | $400.00 | $120.00 | CKL |
| | Review rule 11 letter and draft motion to dismiss, cite check cases, and forward revised drafts to C. Lamb for review (2.0) | 2.00 | $195.00 | $390.00 | PF |
| Aug-23-17 | review, revise and send Rule 11 Motion | 0.50 | $400.00 | $200.00 | CKL |
| Aug-24-17 | t/c with Dean Herms and draft and send e-mail to Plaintiffs counsel regarding Rule 4.2; review sanctions against Penn in other cases | 0.80 | $400.00 | $320.00 | CKL |
| Aug-28-17 | draft and file Corporate Disclosure Statements; communicate with co-counsel regarding Orejel and Plaintiffs counsel's non- response; review and revise Affidavit of Rodrigo Sanchez | 0.50 | $400.00 | $200.00 | CKL |

| Date | Description | Hours | Rate | Amount | TK |
|---|---|---|---|---|---|
| | J. Morgan draft Affidavit. | 0.50 | $400.00 | $200.00 | PL |
| | Check Secretary of State records and prepare corporate disclosure statements for El Nopal and El Tequileno #2 (.4). | 0.40 | $195.00 | $78.00 | PF |
| Aug-29-17 | emails with co-counsel and Plaintiffs counsel regarding conferral; revise and finalize affidavit; review and revise Motion to Convert Scheduling Conference | 2.80 | $400.00 | $1,120.00 | CKL |
| Aug-30-17 | finalize response to Motion to Continue Scheduling Conference; t/c with client and work on Rodrigo affidavit | 0.40 | $400.00 | $160.00 | CKL |
| Aug-31-17 | work on Orejel subpoena; discuss strategy for scheduling conference with co-counsel; consider issue of service of subpoena on Orejel; draft Status Report | 3.80 | $400.00 | $1,520.00 | CKL |
| | J. Morgan conferences with Rodrigo; Read emails; review case with Chris Lamb. | 0.50 | $400.00 | $200.00 | PL |
| | Totals | 41.15 | | $15,537.50 | |

**Current Fees & Disbursements:** $15,537.50

Trust Transferred at Billing: 10,000.00

**Total Amount Due:** **$5,537.50**

| Timekeeper: | Christine K. Lamb | 32.40 | $400.00 | $12,960.00 |
|---|---|---|---|---|
| Timekeeper: | Professional | 4.25 | $0.00 | $1,700.00 |
| Timekeeper: | Pat Foos | 4.50 | $195.00 | $877.50 |

**PAYMENT DETAILS**

| Sep-06-17 | Payment for invoice: 14747 | $10,000.00 |
|---|---|---|
| | **Total Payments** | **$10,000.00** |

## TRUST STATEMENT

|  |  | Disbursements | Receipts |
|---|---|---|---|
| Aug-17-17 | File #:<br>Received From: El Agave Azul, Inc. / Rodrigo S<br>10242-001 Retainer |  | 10,000.00 |
| Sep-06-17 | File #:<br>Paid To: Fortis Law Partners LLC<br>Payment for invoice: 14747 | 10,000.00 |  |
|  | Total Trust | $10,000.00 | $10,000.00 |
|  | **Trust Balance** |  | **$0.00** |