# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-01180-CMA-MEH

JAIME FUENTES,
in his individual capacity and on behalf of others similarly situated,

        Plaintiff,

v.

COMPADRES, INC. d/b/a TEQUILA'S (Golden);
TEQUILAS THORNTON NUMBER 6, LLC d/b/a TEQUILA'S (Thornton);
TEQUILAS OF THORNTON LLC f/d/b/a TEQUILA'S (Thornton);
EL AGAVE AZUL, INC. d/b/a EL TEQUILEÑO (Arvada);
EL NOPAL, INC. d/b/a EL TEQUILEÑO (Lakewood);
EL TEQUILEÑO #1 d/b/a EL TEQUILEÑO (Aurora);
JOSE JESUS GARCIA, an individual; and
RODRIGO SANCHEZ, an individual.
        Defendants.

---

## TEQUILEÑO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION
## FOR CONTACT INFORMATION AND JUDICIAL NOTICE PURSUANT TO
## 29 U.S.C. § 216(B)

---

Defendants El Agave Azul, Inc., El Nopal, Inc., El Tequileño #1, and Rodrigo Sanchez (the "Tequileño Defendants"), hereby join the Defendants Compadres, Inc., Tequilas Thornton Number 6, LLC, Tequilas of Thornton, LLC, and Jose Garcia (the "Tequila Defendants") in their response to Plaintiff's Motion For Contact Information and Judicial Notice Pursuant to 29 U.S.C. § 216 (b) (Dkt. No. 94 or "Motion for Contact Information").

The facts alleged in the Tequila Defendants' response, and the legal arguments raised, also apply to the Tequileño Defendants.  As the Tequila Defendants state in their response, none of the Defendants in this action should be required to disclose sensitive and private information before the Court has ruled on subject matter jurisdiction.

For the reasons listed by the Tequila Defendants, the Tequileño Defendants respectfully request that the Court enter an order denying Plaintiff's Motion for Contact Information.

Respectfully submitted on the 1st day of December, 2017.

                By:  *s/Christine K. Lamb*
                Christine K. Lamb, Atty. No. 30326
                FORTIS LAW PARTNERS, LLC
                1900 Wazee Street, Suite 300
                Telephone: (720) 904-6000
                Facsimile: (303) 295-9701
                Denver, CO 80202
                clamb@fortislawpartners.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 1, 2017, I electronically filed the foregoing **TEQUILEÑO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR CONTACT INFORMATION AND JUDICIAL NOTICE PURSUANT TO 29 U.S.C. § 216(b)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

  Penn Dodson
  AndersonDodson, P.C.
  11 Broadway, Suite 615
  New York, NY  10004

                                      *s/Patricia Foos*
                                      Patricia Foos
                                      FORTIS LAW PARTNERS LLC
                                      1900 Wazee Street, Suite 300
                                      Denver, CO 80202
                                      Telephone: (720) 904-6000
                                      Facsimile: (303) 295-9701
                                      Email: pfoos@fortislawpartners.com