# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-01180-CMA-MEH

JAIME FUENTES,
in his individual capacity and on behalf of others similarly situated,

        Plaintiff,

v.

COMPADRES, INC. d/b/a TEQUILA'S (Golden);
TEQUILAS THORNTON NUMBER 6, LLC d/b/a TEQUILA'S (Thornton);
TEQUILAS OF THORNTON LLC f/d/b/a TEQUILA'S (Thornton);
EL AGAVE AZUL, INC. d/b/a EL TEQUILEÑO (Arvada);
EL NOPAL, INC. d/b/a EL TEQUILEÑO (Lakewood);
EL TEQUILEÑO #1 d/b/a EL TEQUILEÑO (Aurora);
JOSE JESUS GARCIA, an individual; and
RODRIGO SANCHEZ, an individual.
        Defendants.

## TEQUILEÑO DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTION TO REPORT AND RECOMMENDATION

Defendants El Agave Azul, Inc., El Nopal, Inc., El Tequileño #1, and Rodrigo Sanchez (the "Tequileño Defendants"), hereby join in the response filed by Defendants Compadres, Inc., Tequilas Thornton Number 6, LLC, Tequilas of Thornton, LLC, and Jose Garcia (the "Tequila Defendants") to Plaintiff's Objection to Report and Recommendation (Dkt. No. 121 or "Plaintiff's Objection").

The facts alleged in the Tequila Defendants' response, and the legal arguments raised, also apply to the Tequileño Defendants. As the Tequila Defendants state in their response, Plaintiff's objection to Magistrate Judge Hegarty's recommended dismissal of

Plaintiff's Colorado Wage Act claims against Defendants Garcia and Sanchez is proper, and his reliance upon the *Leonard* case in support of this recommendation is correct. Tequileño Defendants also believe Plaintiff has failed to allege facts to support a veil piercing theory as an argument to objecting to Magistrate Judge Hegarty's recommendation to dismiss Plaintiff's Colorado Wage Act claims against Defendants Garcia and Sanchez, as argued in Tequileño Defendants' response.

For the reasons set forth in the Tequileno Defendants' Objections to Magistrate Judge's Recommendation (Dkt. 119), and for the reasons listed by the Tequila Defendants in their response to Plaintiff's Objection to Report and Recommendation, the Tequileño Defendants respectfully request that the Court enter an order denying Plaintiff's Objection to Report and Recommendation.

Respectfully submitted on the 23rd day of January, 2018.

>By: *s/Christine K. Lamb*
>Christine K. Lamb, Atty. No. 30326
>FORTIS LAW PARTNERS, LLC
>1900 Wazee Street, Suite 300
>Telephone: (720) 904-6000
>Facsimile: (303) 295-9701
>Denver, CO 80202
>clamb@fortislawpartners.com

3

**CERTIFICATE OF SERVICE**

     I hereby certify that on January 23, 2018, I electronically filed the foregoing **TEQUILEÑO DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTION TO REPORT AND RECOMMENDATION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

  Penn Dodson
  AndersonDodson, P.C.
  11 Broadway, Suite 615
  New York, NY  10004

                                            *s/Patricia Foos*
                                            Patricia Foos
                                            FORTIS LAW PARTNERS LLC
                                            1900 Wazee Street, Suite 300
                                            Denver, CO 80202
                                            Telephone: (720) 904-6000
                                            Facsimile: (303) 295-9701
                                             Email: pfoos@fortislawpartners.com