# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-01180-CMA-MEH

JAIME FUENTES,
in his individual capacity and on behalf of others similarly situated,

        Plaintiff,

v.

COMPADRES, INC. d/b/a TEQUILA'S (Golden);
TEQUILAS THORNTON NUMBER 6, LLC d/b/a TEQUILA'S (Thornton);
TEQUILAS OF THORNTON LLC f/d/b/a TEQUILA'S (Thornton);
EL AGAVE AZUL, INC. d/b/a EL TEQUILEÑO (Arvada);
EL NOPAL, INC. d/b/a EL TEQUILEÑO (Lakewood);
EL TEQUILEÑO #1 d/b/a EL TEQUILEÑO (Aurora);
JOSE JESUS GARCIA, an individual; and
RODRIGO SANCHEZ, an individual.
        Defendants.

## TEQUILEÑO DEFENDANTS' OBJECTIONS TO MAGISTRATE JUDGE'S RECOMMENDATION

        Pursuant to Fed.R.Civ.P. 72(a), Defendants El Agave Azul, Inc., El Nopal, Inc., El Tequileño #1 (collectively, the "Tequileño Entities") and Rodrigo Sanchez ("Sanchez")[1] submit their objections to the Recommendation of United States Magistrate Judge ("Recommendation) (Doc. 133), filed on March 2, 2018, with

---

[1] Collectively, the Tequileño Entities and Sanchez are referred to herein as the "Tequileño Defendants."

respect to Plaintiff's Motion for Production of Contact Information and Judicial Notice Pursuant to 29 U.S.C. § 216(b) (Doc. 94) and Plaintiff's Motion to Equitably Toll the Statute of Limitations (Doc. 95), as follows:

### I. The Magistrate Judge's Recommendation Is Premature

The Magistrate Judge's instant Recommendation (Doc. 133) presumes that this Court will adopt his prior Recommendation (Doc. 114) as to the Motions to Dismiss the Second Amended Complaint filed by each of the Defendants. However, each of the Defendants has filed objections to that prior Recommendation and no order has been issued by this Court with respect to those Motions to Dismiss. Thus, the Magistrate's instant Recommendation is premature and should be rejected.

### II. The Magistrate Judge's Continued Conflation Of The Defendants Is In Error

The Plaintiff Fuentes acknowledges that he has never worked for the Tequileño Entities or Sanchez. Yet the Magistrate Judge continues to merge the Tequileño Entities and Sanchez with the Tequila's Defendants, in disregard of the facts of this case as well as applicable law. The Magistrate Judge erred in his Recommendation by failing to distinguish between the separate entity and individual defendants, and each of them, instead treating all eight as a collective employer when Plaintiff only worked at two Tequilas Defendants.

### III. The Magistrate Judge Erred For The Reasons Set Forth In The Tequila's Defendant's Objections

In addition to the objections set forth above, and to the extent that this Court does not reject the Magistrate Judge's Recommendation in its entirety, the Tequileño Defendants adopt and incorporate the contemporaneously-filed Tequila's Defendants' Objections to Recommendation of United States Magistrate Judge as though fully set forth herein.

### CONCLUSION

WHEREFORE, for the reasons set forth above, and in the Tequila's Defendants' Objections to Recommendation of United States Magistrate Judge, and in the Tequileño Defendants Objections to Magistrate's Recommendation (Doc. 119), the Tequileño Entities and Rodrigo Sanchez respectfully request this Court reject the Recommendation of United States Magistrate Judge (Doc. 133) and deny Plaintiff's Motion for Production of Contact Information and Judicial Notice Pursuant to 29 U.S.C. § 216(b) (Doc. 94) and Motion to Equitably Toll the Statute of Limitations (Doc. 95) in their entirety.

In the alternative, or in addition as the case may be, to the extent that this Court does not reject such Recommendations and deny Plaintiffs' Motions, the Tequileño Defendants request this Court adopt the proposed changes to the Recommendation identified in the Tequila's Defendants' Objections.

Respectfully submitted on the 16th day of March, 2018.

        By: *s/Christine K. Lamb*
           Christine K. Lamb, Atty. No. 30326
           FORTIS LAW PARTNERS, LLC
           1900 Wazee Street, Suite 300
           Telephone: (720) 904-6000
           Facsimile: (303) 295-9701
           Denver, CO 80202
          clamb@fortislawpartners.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2018, I electronically filed the foregoing **TEQUILEÑO DEFENDANTS' OBJECTIONS TO MAGISTRATE JUDGE'S RECOMMENDATION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Penn Dodson
AndersonDodson, P.C.
11 Broadway, Suite 615
New York, NY 10004

C. Dean Herms, Jr.
Herms & Herrera, LLC
3600 South College, Suite 204
Fort Collins, CO 80525

*s/Patricia Foos*
Patricia Foos
FORTIS LAW PARTNERS LLC
1900 Wazee Street, Suite 300
Denver, CO 80202
Telephone: (720) 904-6000
Facsimile: (303) 295-9701
Email: pfoos@fortislawpartners.com