UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Case No. 1:17-cv-01180-CMA-MEH

**JAIME FUENTES,** in his individual capacity
and on behalf of others similarly situated,

**Plaintiffs,**

v.

**COMPADRES, INC.**, d/b/a Tequila's (Golden);
**TEQUILAS THORNTON NUMBER 6, LLC**, d/b/a Tequila's (Thornton);
**JOSE JESUS GARCIA,** an individual, and
**RODRIGO SANCHEZ,** an individual,

**Defendants.**

---

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties in the above-captioned action, to jointly stipulate to the dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear their or its own costs and attorneys' fees.

This stipulation may be filed without further notice with the Clerk of the Court.

Respectfully submitted, this **4th** day of **January, 2019**.

| | |
|---|---|
| HERMS & HERRERA | ANDERSONDODSON, P.C. |
| s/C. Dean Herms, Jr. | s/Penn Dodson |
| C. Dean Herms, Jr.<br>*dean@hhlawoffice.com*<br>3600 S. College Ave, Suite 204<br>Fort Collins, CO 80521<br>Attorneys for Compadres, Inc.,<br>Tequilas Thornton Number 6, LLC,<br>and Jose Garcia | Penn Dodson<br>*penn@andersondodson.com*<br>11 Broadway, Suite 615<br>New York, NY 10004<br>Attorneys for Plaintiffs |

FORTIS LAW PARTNERS, LLC

s/Christine K. Lamb
Christine K. Lamb
*clamb@fortislawpartners.com*
1900 Wazee Street, Suite 300
Denver, CO 80202
Attorney for Rodrigo Sanchez

SO ORDERED:

_____
U.S.D.J
Dated: _____